UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CONSOLIDATED CASES**

NUETERRA CAPITAL ADVISORS, LLC, et al.,

        Plaintiffs,

v.                                                      Case No. 17-2501-HLT

AMY LEIKER, et al.,

        Defendants.

_____

AMY LEIKER,

                                                       Case No. 17-2703-HLT

        Plaintiff,

v.

NUETERRA CAPITAL ADVISORS, LLC, et al.,

        Defendants.

## **SECOND AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 62) to amend the scheduling order entered in these consolidated cases (ECF Nos. 29, 50). For good cause shown, the motion is granted, but with modifications to the proposed deadlines to account for the court's scheduling preferences. The scheduling order is amended as follows:

1

a) All discovery shall be commenced or served in time to be completed by **March 22, 2019.**

b) The final pretrial conference is rescheduled from January 23, 2019, to **April 15, 2019, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 4, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

c) The deadline for filing all other potentially dispositive motions is **May 10, 2019.**

d) The deadline for motions challenging admissibility of expert testimony will be reset in the pretrial order.

e) At the direction of the presiding U.S. District Judge, the case is reset for trial on a trial calendar that will begin on **November 4, 2019, at 9:00 a.m.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 3, 2019, at Kansas City, Kansas.

                                       s/ James P. O'Hara  
                                       James P. O'Hara  
                                       U.S. Magistrate Judge